**CRIMINAL CAUSE FOR FATICO HEARING**　　　　　　　　TIME: 2:00-5:00
BEFORE: Judge Glasser   10/7/2010

**CR- 08-466**

DEFT NAME: Edward Vaysman
✓ present   not present   cust.   ✓ bail

DEFENSE COUNSEL: John Mitchell
✓ present   not present   CJA  RET  ✓ LAS

A.U.S.A.: Charles Kleinberg　　　　　　CLERK: Ogoro N. Francis
INT: (LANG.)　　　　　　　　　　　　　Pret:
Court Reporter: Anthony Mancuso

- CASE CALLED.
- DEFT APPEARS WITH COUNSEL.
- FATICO/HRG FOR DEFT HELD.
- BEFORE J. GLASSER
- FATICO /HRG CONT'D TO 10/8/10.

Fatico Hearing was conducted before the Court as to the loss amount attributed to crimes Mr. Vaysman pled guilty to. Defendant's Witness Thomas Dye Gober testified before the Court. Government's Witness Dr. Harold Skipper testified before the Court. Hearing to be continued to 10/8/10 at 10:30 am.