KAN:TYH
2005R02177

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ OCT 21 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

EDWARD VAYSMAN,

Defendant.

- - - - - - - - - - - - - - - - X

ORDER OF FORFEITURE

Criminal No.
08 CR 466 (ILG)

WHEREAS, on July 15, 2009, the defendant, EDWARD VAYSMAN (the "Defendant") pleaded guilty to Count VI of an Indictment charging violations of 18 U.S.C. § 1341, mail fraud, to wit, knowingly and intentionally devising a scheme and artifice to defraud insurance companies and obtaining money and property from them by means of materially false and fraudulent pretenses, representations and promises; and

WHEREAS, in the forfeiture allegation of the Indictment, the Government sought forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p), of any property constituting or derived from proceeds obtained directly or indirectly as a result of violation of 18 U.S.C. § 1341; and

WHEREAS, pursuant to the Defendant's plea agreement, the Defendant has consented and agreed to the entry of, and to forfeit all of his right, title and interest in, a forfeiture

money judgment in the amount of $6,000,000.00 in United States currency (the "Forfeiture Money Judgment").

WHEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461, and 21 U.S.C. § 853(p), a Forfeiture Money Judgment in the amount of $6,000,000.00 in United States currency is entered against the Defendant in favor of the United States.

2. The Defendant shall forfeit all of his right, title and interest in any and all payments made toward the Forfeiture Money Judgment as property constituting or derived from proceeds obtained directly or indirectly as a result of violation of 18 U.S.C. § 1341.

3. The Defendant shall make all payments to satisfy the Forfeiture Money Judgment by certified or bank check, payable to the "United States Marshals Service," and shall cause said checks to be sent by overnight air express delivery to Assistant United States Attorney Tanya Y. Hill, United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201. The Forfeiture Money Judgment shall be paid on or before sixty (60) days from the entry of this Order (the "Due Date"). Interest on any unpaid balance of the Money Judgment shall begin to accrue after the Due Date at the rate of interest set forth in 18 U.S.C. § 3612(f)(2).

4. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Order shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

5. Upon the entry of this Order, the United States Attorney General, or his designee, is authorized to conduct any proper discovery in accordance with Fed. R. Crim. P. 32.2(b)(3) and (c).

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

7. The Clerk of the Cour shall forward four (4) certified copies of this Order to Assistant U.S. Attorney Tanya Y. Hill, U.S. Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, [illegible]th Floor, Brooklyn, New York 11201.

Dated: Brooklyn, New York
10/19, 2010

S/ILG

HONORABLE I. LEO GLASSER
UNITED STATES DISTRICT JUDGE